UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JAMIE A. MAYNARD,

        Plaintiff,

v.                                     Case No. 1:06-CV-339

PATRICIA CARUSO, et al.,                    HON. GORDON J. QUIST

        Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has before it Plaintiff's Objections to the report and recommendation dated August 3, 2006, in which Magistrate Judge Brenneman recommended that Plaintiff's complaint be dismissed without prejudice for failure to demonstrate exhaustion as required by 42 U.S.C. § 1997e(a).  In addition to his Objections, Plaintiff has also filed a so-called "Counter Affidavit By Letter Rogatory" in response to the report and recommendation.  After conducting a <u>de novo</u> review of the report and recommendation, the Court concludes that the report and recommendation should be adopted by the Court.

The Court has reviewed Plaintiff's Objections as well as his "Counter-Affidavit" and finds nothing in those documents that is responsive to the magistrate judge's report and recommendation. Those documents consist of commercial law words and phrases woven together in an incoherent manner.  In any event, Plaintiff has not shown exhaustion of his claims.  Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued August 3, 2006 (docket no. ) is **APPROVED AND ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to demonstrate exhaustion as required by 42 U.S.C. § 1997e(a).

This case is **concluded**.


Dated: September 14, 2006                              /s/ Gordon J. Quist
                                            GORDON J. QUIST
                                            UNITED STATES DISTRICT JUDGE